JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| CARLOS E. LOPEZ, | ) | Case No. CV 11-3294-MLG |
|            Plaintiff, | ) | JUDGMENT |
|    v. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
|           Defendant. | ) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: December 16, 2011

_____
MARC L. GOLDMAN
United States Magistrate Judge